OPINION — AG — WE ADOPT HERE THE REASONING AND AUTHORITIES CONTAINED IN THE PREVIOUS OPINION AND REACH THE SAME CONCLUSION REACHED HERE; THAT IS, THE CITY OF MUSTANG, IF IT CAN FIND THE LEGAL AUTHORITY TO SO PART OF ITS FUNDS, MAY CAUSE A CURRENT CENSUS OF ITS POPULATION TO BE TAKEN, AND SUCH CENSUS WOULD THEN BE THE LAST "FEDERAL CENSUS" REFERRED TO IN 68 O.S. 1967 Supp., 504 [68-504]. CITE: OPINION NO. 67-113, 9 O.S. 1961 1 [9-1] (CHARLES OWENS)